1 **PETER E. BRIXIE, S.B.#124186**
**Attorney at Law**
2 **410 Twelfth Street, Suite One**
**Sacramento, CA 95814**
3 **Telephone: (916) 658-1880**
**Facsimile: (916) 658-1884**
4
**Attorney for MARTY CHRIS TAYLOR**
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 **MARTY CHRIS TAYLOR,**            )   CASE NO.:   Civ S. 06-CV-00961 KJM
                                      )
11                       **Plaintiff,** )   **Stipulation and Order Extending Time to**
                                      )   **File and Serve Motion**
12 **vs.**                             )
                                      )
13 **Joanne B. Barnhart, Commissioner of** )
   **Social Security,**                )
14                                    )
                         **Defendant.** )
15                                    )

16

17

18      IT IS HEREBY STIPULATED by and between the parties, through their respective

19 undersigned attorneys, and with the permission of the Court as evidenced below, that the

20 Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

21 extended to the new filing date of January 15, 2007.  The extension is needed due to press of

   business in plaintiff's attorney's office.
22

23

24

25

26

27

28

This is the 2nd request for extension by plaintiff.

Dated: 12/14/06 /s/Peter Brixie
PETER BRIXIE
Attorney at Law

Attorney for Plaintiff

Dated: 12/18/06
By: /s/Nancy M. Lisewski
NANCY M. LISEWSKI
Special Assistant U. S. Attorney

Attorney for Defendant

__ooo__

APPROVED AND SO ORDERED

Dated: December 19, 2006.

_____
U.S. MAGISTRATE JUDGE